```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
                   CAMDEN VICINAGE
```

| | |
|---|---|
| MARK TRESCH,<br><br>            Plaintiff,<br><br>      v.<br><br>MANTUA TOWNSHIP POLICE<br>DEPARTMENT, et al.,<br><br>            Defendants. | Civil No. 08-3462-RMB-AMD |

### ORDER ON INFORMAL APPLICATION

      This Matter having come before the Court by way of letter request dated June 15, 2009 from Jill H. Powers, DAG, counsel for the Superior Court of New Jersey, Gloucester Vicinage, Criminal Division ["Vicinage"], for an Order extending the time to complete discovery and permitting the deposition of plaintiff to be conducted following a decision on the Vicinage's pending motion to dismiss; and it appearing that all counsel consent; and for good cause shown:

      IT IS this **16th** day of **June 2009**, hereby

      **ORDERED** that the request to extend the discovery deadline shall be, and hereby is, **GRANTED**; and it is further

      **ORDERED** that the request to conduct the deposition of plaintiff following a decision on the Vicinage's motion to dismiss shall be, and hereby is, **GRANTED**; and it is further

      **ORDERED** that the telephone status conference on **June 29, 2009 at 2:00 P.M.** shall remain as scheduled. Counsel for plaintiff shall initiate the telephone call.

                                          s/ Ann Marie Donio
                                          ANN MARIE DONIO
                                          United States Magistrate Judge

cc:   Hon. Renée Marie Bumb