**STEPHEN GUICE, P.C.**
**By: Stephen Guice, Esquire**
413 Clements Bridge Road
Barrington, NJ 08007
Phone No. [856] 547-8989
Attorney for Plaintiff

RECEIVED
IAM T WALSH, CLERK

2009 AUG 20 A 11: 31

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| MARK TRESCH, | : HON. RENEE MARIE BUMB, U.S.D.J. |
| | : DOCKET NO. 08-CV-03462 (RMB-AMD) |
| Plaintiff, | : |
| v. | : |
| | : Civil Action |
| MANTUA TOWNSHIP POLICE DEPARTMENT, GLOUCESTER COUNTY SHERIFF'S DEPARTMENT, GLOUCESTER COUNTY DEPARTMENT OF CORRECTIONAL SERVICES And JOHN DOE(S) A-Z (fictitious names) i/j/s/a/ | : |
| | : **CONSENT ORDER FOR** |
| | : **VOLUNTARY DISMISSAL** |
| | : **PURSUANT TO FED. R. CIV. P.** |
| Defendants | : **41(a)(1)(A)(ii)** |

This matter having been opened to the Court by Stephen Guice, Esquire, appearing, with the consent of counsel, Jill H. Powers, Esquire, Deputy Attorney General of New Jersey, appearing, and with the consent of counsel, Timothy R. Beig, Esquire, Madden & Madden, P.C., it is hereby ordered on this 25th day of August, 2009, that plaintiff be permitted to voluntarily dismiss the above captioned matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)..

_____
Honorable Renee Marie Bumb, U.S.D.J.

I hereby consent to the terms of the within Consent Order.

_____
Jill H. Powers, Esquire
Attorney for Defendant,
the Superior Court of New Jersey,
Gloucester Vicinage

_____
Timothy R. Beig, Esquire
Attorney for Defendants,
Gloucester County Sheriff's Department, and
Gloucester County Department of Corrections